Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  20−21517−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Amanda A Diaz | Angelo M Diaz |
| aka Amanda Vella | 20 Danemar Dr |
| 20 Danemar Dr | Middletown, NJ 07748 |
| Middletown, NJ 07748 | |

Social Security No.:
xxx−xx−3750                                xxx−xx−3742

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              12/9/20
Time:              10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 19, 2020
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-21517-MBK

Amanda A Diaz                                                                    Chapter 13

Angelo M Diaz

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 2

Date Rcvd: Oct 19, 2020                    Form ID: 132                            Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amanda A Diaz, Angelo M Diaz, 20 Danemar Dr, Middletown, NJ 07748-3625 |
| 518984777 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518984780 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518984781 | | E-ZPass, PO Box 15187, Albany, NY 12212-5187 |
| 518984782 | + | Hayt Hayt & Landau, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 518984788 | | Michael Harrison Attorney at Law, 3155 Route 10 - Suite 214, Denville, NJ 07834-3430 |
| 518984789 | + | Monmouth County Special Civil Part, PO Box 1260, Freehold, NJ 07728-1260 |
| 518984791 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518984778 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 19 2020 21:57:51 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518984779 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 19 2020 21:59:18 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518984784 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 19 2020 21:50:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 518984786 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 19 2020 21:58:33 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518984787 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 19 2020 21:57:50 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 518984792 | + | Email/Text: bankruptcy@sccompanies.com | Oct 19 2020 21:52:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518984793 | + | Email/Text: clientservices@simonsagency.com | Oct 19 2020 21:51:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518987248 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:59:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

District/off: 0312-3                                 User: admin                                 Page 2 of 2
Date Rcvd: Oct 19, 2020                              Form ID: 132                                Total Noticed: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518984785 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 518984783 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518984790 | ## | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| jdb | *+ | Angelo M Diaz, 20 Danemar Dr, Middletown, NJ 07748-3625 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Amanda A Diaz rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |
| Yakov Rudikh | on behalf of Joint Debtor Angelo M Diaz rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4